## (October 18, 1967)

In the Matter of EUGENE H. ZIMMERMAN, Respondent-Appellant, v. JAMES F. HOLWELL et al., Appellants-Respondents, and CARLETON M. FISHER et al., Constituting the Committee on Vacancies, et al., Respondents, In the

Matter of EUGENE H. ZIMMERMAN, Respondent-Appellant, v. VALDEZ ST. CLAIR et al., Appellants-Respondents, and MARTIN HARRIS et al., Constitùting the Committee on Vacancies, et al., Respondents.

Christ, Acting P. J., Brennan, Rabin, Hopkins and Munder, JJ., concur.